UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

RICK STROTHER,

    Plaintiff,

v.                                                                  Case No: 8:19-cv-1365-CEH-AAS

COMMISSIONER OF SOCIAL
SECURITY,

    Defendant.
_____/

## ORDER

This cause comes before the Court upon the Report and Recommendation filed by Magistrate Judge Amanda Arnold Sansone (Doc. 37). In the Report and Recommendation, Magistrate Judge Sansone recommends that the Motion for Attorney Fees Under 42 U.S.C. § 406(b) (Doc. 36) be granted and that Mr. Strother's counsel be awarded $24,562.97 in attorney's fees and refund to Mr. Strother any attorney's fees received under the EAJA. All parties were furnished copies of the Report and Recommendation and were afforded the opportunity to file objections pursuant to 28 U.S.C. § 636(b)(1). No such objections were filed.

Upon consideration of the Report and Recommendation, and upon this Court's independent examination of the file, it is determined that the Report and Recommendation should be adopted. Accordingly, it is now

    **ORDERED**:

(1) The Report and Recommendation of the Magistrate Judge (Doc. 37) is adopted, confirmed, and approved in all respects and is made a part of this Order for all purposes, including appellate review.

(2) The Motion for Attorney Fees Under 42 U.S.C. § 406(b) (Doc. 36) is GRANTED.

(3) Plaintiff's counsel is awarded $24,562.97 in attorney's fees. Plaintiff's counsel shall refund to Plaintiff any attorney's fees received under the EAJA.

**DONE AND ORDERED** at Tampa, Florida on July 3, 2023.

Charlene Edwards Honeywell
United States District Judge

Copies to:
The Honorable Amanda Arnold Sansone
Counsel of Record